# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KELLY B. DONAHUE, | : | No. 77 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Application for an Immediate Hearing is DENIED. The "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED to the extent it seeks extraordinary relief and DISMISSED to the extent it seeks mandamus relief.